UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-3535

_____

DR. NEVILLE MIRZA, M.D., on assignment of N.G.,

    Appellant

v.

INSURANCE ADMINISTRATOR OF AMERICA, INC.;
THE CHALLENGE PRINTING OF THE CAROLINAS, INC.;
JOHN/JANE DOES 1-10; ABC CORP. 1-10; ABC PARTNERSHIPS,

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-12-cv-07370)
District Judge: Honorable Renee M. Bumb

_____

Argued: May 19, 2015

Before: FUENTES, GREENAWAY, JR., and SLOVITER, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 19, 2015. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered July 19, 2013 is hereby VACATED and REMANDED for further proceedings. Costs shall not be taxed in this matter. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron,
Clerk

Dated: August 26, 2015